JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GEORGE HOGARTH, <br> Petitioner, <br> v. <br> MERRICK GARLAND, ET AL., <br> Respondents. | Case No. 5:21-cv-1497-DSF (MAR) <br><br> JUDGMENT |

Pursuant to the Memorandum and Order Denying Motion for Temporary Restraining Order and Dismissing the Petition, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

DATED: September 14, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE