UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GEORGE HOGARTH,<br>　　　　　　　Petitioner,<br>　　v.<br>MERRICK GARLAND, ET AL.,<br>　　　　　　　Respondents. | Case No. 5:21-cv-1497-DSF (MAR)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

　　　Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts reads as follows:

> (a) **Certificate of Appealability.** The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue. If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2). If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22. A motion to reconsider a denial does not extend the time to appeal.
>
> (b) **Time to Appeal.** Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order entered under these rules. A timely notice of appeal must be filed even if the district court issues a certificate of appealability.

　　　Under 28 U.S.C. § 2253(c)(2), a Certificate of Appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."

The Supreme Court has held that this standard means a showing that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" Slack v. McDaniel, 529 U.S. 473, 483–84 (2000).

Here, this action was dismissed because Petitioner is a member of a mandatory class action that seeks the same relief based on the same allegations as the instant Petition. The Court finds that reasonable jurists would not find debatable the propriety of the action's dismissal.

Accordingly, a Certificate of Appealability is **DENIED**.

DATED: September 14, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE